T.C. Memo. 2008-273

UNITED STATES TAX COURT

LARRY DAVID CAROTHERS, Petitioner <u>v</u>.
COMMISSIONER OF INTERNAL REVENUE, Respondent

Docket No. 10553-07L.                    Filed December 9, 2008.

This opinion was withdrawn by order dated
December 17, 2008.